IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| ANTHONY R. AMBRIZANA, : | Bankruptcy No. 20-10463-TPA |
| Debtor : | Adversary No. 21-01003-TPA |
| : | Chapter 13 |
| ANTHONY R. AMBRIZANA, : | Document No. 1 |
| Plaintiff, : | Hearing Date & Time: March 24, 2021 at |
| vs. : | 10:30 a.m. |
| FIA CARD SERVICES, NA, : | |
| Defendant : | |
| : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
COMPLAINT TO AVOID WHOLLY UNSECURED JUDGMENT LIEN**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Complaint filed on January 26, 2021, Doc. No. 1.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

- ☐  An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

- ☒  No other order has been filed pertaining to the subject matter of this agreement.

- ☐  The attached document does not require a proposed order.


Dated: March 24, 2021         By: /s/ Glenn R. Bartifay
                                  Signature

                                  Glenn R. Bartifay, Esquire
                                  Typed Name
                                  Bartifay Law Offices, P.C., 2009 Mackenzie Way,
                                  Suite 100, Cranberry Township, PA 16066
                                  Address

                                  (412) 824-4011  Email: gbartifay@bartifaylaw.com
                                  Phone No.

                                  Pa. Id. No. 68763
                                  List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 20-10463-TPA |
| | ) | |
| ANTHONY R. AMBRIZANA, JR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | ADV. PRO. NO. 21-01003-TPA |
| | ) | |
| | ) | |
| ANTHONY R. AMBRIZANA, JR., | ) | |
| | ) | |
| Plaintiff/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIA CARD SERVICES, NA, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2021, it is ORDERED that the Complaint to Avoid Wholly Unsecured Judgement Lien filed on January 26, 2021, Doc. No. 1 by Plaintiff Anthony R. Ambrizana, Jr. ("Debtor") against Defendant Fia Card Services is settled and discontinued pursuant to consent of the parties, that the judgment lien in favor of Fia Card Services, NA entered against Anthony R. Ambrizana, Jr. on June 27, 2016 in the amount of $6,810.53 at Mercer County Common Pleas Court Docket No. 2016-01668 is avoided upon completion of Debtor's Chapter 13 Plan and discharge against realty titled in the name of Debtor located in located in the City of Hermitage, Mercer County, Pennsylvania, being TPN 10 316 086, more fully described in DBV 99DR, Page 17781, being known and numbered as 470 Superior Street, Hermitage, PA 16148, and that the within adversarial proceeding is closed.

THOMAS P. AGRESTI,
United States Bankruptcy Court

Consented to by:

/s/ Maria Miksich
MARIA MIKSICH, ESQUIRE
Pa. Id. No. 319383
Counsel for Defendant Fia Card Services, NA
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mmiksich@kmllawgroup.com

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Plaintiff/Debtor Anthony R. Ambrizana, Jr.
BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA
(412) 824-4011
gbartifay@bartifaylaw.com