FILED
3/24/21 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10463-TPA |
| | : | | |
| Anthony R. Ambrizana, Jr. | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | | |
| Anthony R. Ambrizana, Jr. | : | Adversary No.: | 21-01003-TPA |
| | : | | |
| *Plaintiff(s).* | : | | |
| | : | Date: | 3/24/2021 |
| Fia Card Services, NA | : | Time: | 10:30 |
| | : | | |
| *Defendant(s).* | : | | |

## PROCEEDING MEMO

**MATTER**   #1 Complaint to Avoid Wholly Unsecured Judgment Lien
   #4 Answer by Fia Card Services, NA

**APPEARANCES:**

   Plaintiff(s):   Glenn R. Bartifay
   Defendant(s):   Maria Miksich
   Trustee:   Ronda Winnecour

**NOTES:**

Miksich:   After review, will consent to it.  We filed a consent order.

Bartifay:

**OUTCOME:**   Consent to be GRANTED, adversary to be closed.

jlm