IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 20-10463-TPA |
| | ) | |
| ANTHONY R. AMBRIZANA, JR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | ADV. PRO. NO. 21-01003-TPA |
| | ) | |
| | ) | |
| ANTHONY R. AMBRIZANA, JR., | ) | |
| | ) | |
| Plaintiff/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIA CARD SERVICES, NA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated March 24, 2021, Doc. No. 7 was served by first class mail on March 29, 2021 as follows:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant St.
Pittsburgh, PA 15219


Dated: March 29, 2021          /s/ Glenn R. Bartifay
                               GLENN R. BARTIFAY, ESQUIRE
                               Pa. Id. No. 68763
                               Counsel for Debtor/Movant

                               BARTIFAY LAW OFFICES, P.C.
                               2009 Mackenzie Way, Suite 100
                               Cranberry Township, PA 16066
                               (412) 824-4011
                               gbartifay@bartifaylaw.com